United States District Court
Southern District of Texas
**ENTERED**
August 19, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MELVIN MARTINEZ GUARDADO, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-25-3305 |
| | § | |
| HIROMICHI KOBAYASHI, TRUSTEE | § | |
| THOMAS M. O'CONNOR, ANTONY | § | |
| BLINKEN, MERRICK GARLAND, | § | |
| MARCO RUBIO, and PAM BONDI,[1] | § | |
| | § | |
| Respondents. | § | |

## FINAL JUDGMENT

For the reasons set forth in the Court's Memorandum and Order of Dismissal, it is

**ORDERED** and **ADJUDGED** that this petition is **DISMISSED with prejudice**; and it is further

**ORDERED** that Respondents shall not surrender Petitioner to extradition for seven (7) days after the entry of this Final Judgment to allow time for Petitioner to seek appellate relief in the United States Court of Appeals.

---

[1] Although the petitioner names several individuals as respondents, as the Warden of the Federal Detention Center in Houston, Texas, where Petitioner is detained, Hiromichi Kobayashi is the proper respondent because he is the petitioner's immediate custodian. See Rumsfeld v. Padilla, 124 S. Ct. 2711, 2720 (2004); see also 28 U.S.C. § 2243 ("The writ, or order to show cause shall be directed to the person having custody of the person detained.").

This is a **FINAL JUDGMENT**.

The Clerk will enter this Order, providing a correct copy to all parties of record.

SIGNED at Houston, Texas, on this 19TH day of August, 2025.

```
                              _____
                              EWING WERLEIN, JR.
                              UNITED STATES DISTRICT JUDGE
```