United States Courts
Southern District of Texas
FILED
September 02, 2025
Nathan Ochsner, Clerk of Court

# United States Court of Appeals
# for the Fifth Circuit

---

No. 25-20355

---

MELVIN MARTINEZ-GUARDADO,

                *Petitioner—Appellant*,

*versus*

HIROMICHI KOBAYASHI, *In his Official Capacity as the Warden Federal Detention Center Houston*; THOMAS M. O'CONNOR, *Trustee, In his Official Capacity as a United States Marshal for Southern District of Texas*; MARCO RUBIO, *Secretary, U.S. Department of State*; PAMELA BONDI, *U.S. Attorney General*,

                *Respondents—Appellees*.

---

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:25-CV-3305

---

## UNPUBLISHED ORDER

Before SMITH, HAYNES, and OLDHAM, *Circuit Judges*.

PER CURIAM:

    IT IS ORDERED that appellant's opposed motion for stay pending appeal is DENIED. Judicial review of the challenged determinations is precluded by the "non-inquiry rule." *Munaf v. Geren*, 553 U.S. 674, 700 (2008). *See Escobedo v. United States*, 623 F.2d 1098, 1107 (5th Cir. 1980). The federal courts, including this court, are therefore barred from granting relief.

# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

August 30, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 25-20355   Martinez-Guardado v. Kobayashi  
                  USDC No. 4:25-CV-3305

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

*Melissa Mattingly*

By: _____  
Melissa V. Mattingly, Deputy Clerk  
504-310-7719

Mr. George William Aristotelidis  
Mr. John Sergei Ganz  
Ms. Rosa Victoria Garcia-Cross  
Mr. Nathan Ochsner  
Mr. John A. Reed