United States Courts
Southern District of Texas
FILED

# United States Court of Appeals
# for the Fifth Circuit

*September 26, 2025*

Nathan Ochsner, Clerk of Court

United States Court of Appeals
Fifth Circuit

**FILED**

September 26, 2025

Lyle W. Cayce
Clerk

No. 25-20355

MELVIN MARTINEZ-GUARDADO,

*Petitioner—Appellant,*

*versus*

HIROMICHI KOBAYASHI,
*In his Official Capacity as the Warden Federal Detention Center Houston;*
THOMAS M. O'CONNOR, *Trustee, In his Official Capacity
as a United States Marshal for Southern District of Texas;*
MARCO RUBIO, *Secretary, U.S. Department of State;*
PAMELA BONDI, *U.S. Attorney General,*

*Respondents—Appellees.*

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:25-CV-3305

UNPUBLISHED ORDER

Before SMITH, HAYNES, and OLDHAM, *Circuit Judges.*

PER CURIAM:

IT IS ORDERED that appellees' unopposed motion to dismiss the appeal is GRANTED.

# *United States Court of Appeals*

FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

September 26, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 25-20355   Martinez-Guardado v. Kobayashi
               USDC No. 4:25-CV-3305

Enclosed is an order entered in this case.

             Sincerely,

             LYLE W. CAYCE, Clerk

             By: _____
             Rebecca L. Leto, Deputy Clerk
             504-310-7703

Mr. George William Aristotelidis
Mr. Philip G. Gallagher
Mr. John Sergei Ganz
Ms. Rosa Victoria Garcia-Cross
Ms. Carmen Castillo Mitchell
Mr. Nathan Ochsner
Mr. John A. Reed