# United States Court of Appeals for the Fifth Circuit

United States Courts
Southern District of Texas
FILED
November 17, 2025
Nathan Ochsner, Clerk of Court

United States Court of Appeals
Fifth Circuit
**FILED**
September 26, 2025
Lyle W. Cayce
Clerk

No. 25-20355

MELVIN MARTINEZ-GUARDADO,

          *Petitioner—Appellant,*

versus

HIROMICHI KOBAYASHI,
*In his Official Capacity as the Warden Federal Detention Center Houston;*
THOMAS M. O'CONNOR, *Trustee, In his Official Capacity as a United States Marshal for Southern District of Texas;*
MARCO RUBIO, *Secretary, U.S. Department of State;*
PAMELA BONDI, *U.S. Attorney General,*

          *Respondents—Appellees.*

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:25-CV-3305

## UNPUBLISHED ORDER

Before SMITH, HAYNES, and OLDHAM, *Circuit Judges.*

PER CURIAM:

    IT IS ORDERED that appellees' unopposed motion to dismiss the appeal is GRANTED.



A True Copy
Certified order issued Nov 17, 2025

*Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

November 17, 2025

Mr. Nathan Ochsner
Southern District of Texas, Houston
United States District Court
515 Rusk Street
Room 5300
Houston, TX 77002

    No. 25-20355    Martinez-Guardado v. Kobayashi
                      USDC No. 4:25-CV-3305

Dear Mr. Ochsner,

Enclosed is a copy of the judgment issued as the mandate.

                      Sincerely,

                      LYLE W. CAYCE, Clerk

                      *Christy Combel*
                  By: _____
                  Christy M. Combel, Deputy Clerk
                  504-310-7651

cc:
    Mr. George William Aristotelidis
    Mr. Philip G. Gallagher
    Mr. John Sergei Ganz
    Ms. Rosa Victoria Garcia-Cross
    Ms. Carmen Castillo Mitchell
    Mr. John A. Reed